UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Myrick, Tracy | Docket No. | 2:16CR00080-RMP-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Tracy Myrick, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke, sitting in the Court at Spokane, Washington, on the 14th day of April 2016, under the following conditions:

**Special Condition #17:** The Defendant shall participate in a program of electronically monitored home confinement. The Defendant shall wear, at all times, an electronic monitoring device under the supervision of U.S. Pretrial Services. In the event the Defendant does not respond to electronic monitoring or cannot be found, the U.S. Pretrial Services Office shall notify the United States Marshals' Service, who shall immediately find, arrest, and detain the Defendant. The Defendant shall pay all or part of the cost of the program based upon ability pay as determined by the U.S. Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant left his residence 36 minutes prior to his approved schedule.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: November 10, 2016

by   s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ X ]   No Action
[   ]   The Issuance of a Warrant
[   ]   The Issuance of a Summons
[   ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[   ]   Defendant to appear before the Judge assigned to the case.
[   ]   Defendant to appear before the Magistrate Judge.
[   ]   Other

Signature of Judicial Officer

11/10/2016
Date