UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TRACY MYRICK,<br><br>Defendant. | No. 2-16-CR-080-RMP-1<br><br>ORDER DENYING DEFENDANT'S PETITION FOR MENTAL HEALTH EVALUATION |

Before the Court is Defendant's Petition for the Court to authorize a mental health evaluation. Also before the Court is a Motion to Expedite.

On this date the Court signed a new Petition for action and issued a Warrant for the Defendant's arrest. For that reason, Defendant's Petition, **ECF No. 120**, is **DENIED** as moot at this time**.** The Motion to Expedite, **ECF No. 121,** is **GRANTED.**

**IT IS SO ORDERED.**

DATED January 20, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1