# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Myrick, Tracy | Docket No. | 2:16CR00080-RMP-1 |

**Petition for Action on Conditions of Pretrial Release**

     COMES NOW Erik B. Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Tracy Myrick, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Spokane, Washington, on the 14th day of April, 2016, under the following conditions:

**Special Condition #12:** Defendant shall refrain from any use of alcohol.

     RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #6:** The defendant tested positive for the presence of alcohol on January 17, 2017.

**PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT**

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   January 26, 2017

by   s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

January 26, 2017

Date